denied, and petition for writ of certiorari dismissed. See Rule 39.8.

**No. 10-10624. Thomas Davis, Petitioner v. Allegheny County, Pennsylvania, et al.**

565 U.S. 803, 132 S. Ct. 373, 181 L. Ed. 2d 4, 2011 U.S. LEXIS 7031.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari dismissed. See Rule 39.8.

Same case below, 411 Fed. Appx. 447.

**No. 10-10650. Elijah W. Ratcliff, Petitioner v. City of Livingston, Texas, et al.**

565 U.S. 803, 132 S. Ct. 373, 181 L. Ed. 2d 4, 2011 U.S. LEXIS 7103.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari dismissed. See Rule 39.8.

Same case below, 406 Fed. Appx. 843.

**No. 10-10695. Raymond L. Semler, Petitioner v. Cal Ludeman, Commissioner, Minnesota Department of Human Services, et al.**

565 U.S. 803, 132 S. Ct. 373, 181 L. Ed. 2d 4, 2011 U.S. LEXIS 6798.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari dismissed. See Rule 39.8. As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petition in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition is submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

**No. 10-10738. Jefferson A. McGee, Petitioner v. California, et al.**

565 U.S. 804, 132 S. Ct. 374, 181 L. Ed. 2d 4, 2011 U.S. LEXIS 6782.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari dismissed. See Rule 39.8.

**No. 10-10917. Joe Alexander Browder, Jr., Petitioner v. Philip Parker, Warden, et al.**

565 U.S. 804, 132 S. Ct. 375, 181 L. Ed. 2d 4, 2011 U.S. LEXIS 6510.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari dismissed. See Rule 39.8.